WACIL BIBLE, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.

(Submitted July 15, 1931; decided July 15, 1931.)

Motion for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 458.)